Samuel Powel, Dorothy S. Powel, John H. Powel, Ann E. Powel d/b/a Powel & Powel, Harry F. Espenscheid and Dorothy S. Espenscheid, Appellees, v. R. B. Kintop, Appellant.

Gen. No. 10,966.

Second District.

November 7, 1956.

Released for publication November 24, 1956.

Knight, Ingrassia & Bourland, for appellees; Pedderson, Menzimer & Conde, for appellant. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.